377 A.2d 161

Phipps v. Allied Van Lines, Appellant.

588

Ar-
gued March 22, 1976. John A. Lord, with him High, Swartz,
Roberts & Seidel, for appellant; John B. Phipps, appellee, *in
propria persona,* submitted a brief.

Order affirmed.